IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| GEORGE EDWARD JARRELL,     )<br>                           )<br>     Plaintiff,            )<br>                           )<br>     v.                    )<br>                           )<br>KEVIN MOULTON,             )<br>                           )<br>     Defendant.            ) | CIVIL ACTION NO.<br>  1:16cv65-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit naming as defendant the judge in his pending state-court criminal case, challenging the constitutionality of several of the judge's decisions, and seeking damages and dismissal of the criminal case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's § 1983 claims be dismissed with prejudice, with the exception of plaintiff's request for declaratory relief, which the magistrate judge recommends be dismissed without prejudice so that plaintiff may pursue his claims in the state courts.

There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2016.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE