IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GEORGE EDWARD JARRELL,      )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )         1:16cv65-MHT
                            )            (WO)
KEVIN MOULTON,              )
                            )
     Defendant.             )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(2) Plaintiff's claims are dismissed with prejudice, except that plaintiff's request for declaratory relief is dismissed without prejudice.

(3) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 7th day of March, 2016.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE